# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY ALONDRA CHABELA, an individual; DIANA VEGA, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOZONERS LLC, a Limited Liability Company; AUTOZONE DEVELOPMENT LLC, a Limited Liability Company; and DOES 1-50,<br><br>Defendants. | Case No. CV 22-280-GW-ASx<br><br>**ORDER GRANTING STIPULATION TO SUBMIT MATTER TO ARBITRATION AND STAY PROCEEDINGS**<br><br>Complaint Filed:  December 2, 2021<br>Trial Date:          None<br>District Judge:    Hon. George H. Wu<br>Magistrate Judge: Hon. Alka Sagar |

# **ORDER**

The Court having reviewed the Stipulation to Submit Matter to Arbitration and Stay Proceedings filed by Plaintiffs Whitney Alondra Chabela, Defendant Autozoners LLC, and Defendant AutoZone Development LLC:

The Court finds, adjudges, and orders as follows:

1. Plaintiff Whitney Alondra Chabela will submit her claims to final and binding arbitration on an individual basis only, pursuant to the terms of the written arbitration agreement entitled "Dispute Resolution 16.1."

2. Plaintiff Diana Vega will submit her claims to final and binding arbitration on an individual basis only, pursuant to the terms of the written arbitration agreement entitled "Dispute Resolution 16.1."

3. The above-captioned action is stayed pending the outcome of the individual arbitration proceedings.

**IT IS SO ORDERED.**

Dated: January 31, 2022

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE