JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-280-GW-ASx | Date | January 31, 2022 |
|---|---|---|---|
| Title | *Whitney Alondra Chabela et al v. Autozoners LLC, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Edgar Martirosyan                              Graham M. Hoerauf

**PROCEEDINGS:**   TELEPHONIC HEARING ON STIPULATION TO SUBMIT MATTER TO ARBITRATION AND STAY PROCEEDINGS [12]

Court and counsel confer. In light of the parties' Stipulation, the Court administratively closes the case but retains jurisdiction to reopen it at the written request of any party for further proceedings.

: 02

Initials of Preparer   JG