# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY ALONDRA CHABELA, an individual; DIANA VEGA, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOZONERS LLC, a Limited Liability Company; AUTOZONE DEVELOPMENT LLC, a Limited Liability Company; and DOES 1-50,<br><br>Defendants. | Case No. CV 22-280-GW-ASx<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: December 2, 2021<br>Trial Date: None<br>District Judge: Hon. George H. Wu |

# ORDER

Based on the Stipulation for Dismissal with Prejudice and upon a finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees, expenses and costs of court, if any.

Dated: January 26, 2024

_George H. Wu_
Hon. George H. Wu,
United States District Judge